## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT COURT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KERI LEANN MORROW, | ) | CASE NO. 07-11382-NLJ |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Robert A. Brown, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that after final distribution the following funds are unclaimed:

**CLAIMANT:**

CACH

**TOTAL:** $399.40

A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.

DATE:  February 26, 2010

/s/ Robert A. Brown
ROBERT A. BROWN, OBA #11235
123 West 7th Avenue, Suite 102
Stillwater, Oklahoma 74074
405.377.8185
CHAPTER 7 TRUSTEE

| Unclaimed Funds<br>Court Claim No. 4 CACH | BANK OF AMERICA, N.A.<br>CUSTOMER CONNECTION<br>32-1/1110 TX | CHECK NUMBER<br>3013 |
|---|---|---|
| | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | |

| DATE | AMOUNT |
|---|---|
| 02/26/10 | *********399.40 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-11382   NLJ   Debtor: MORROW, KERI LEANN | |

**2299258**

PAY TO THE ORDER OF

U S BANKRUPTCY COURT CLERK
215 DEAN A MCGEE AVENUE
OKLAHOMA CITY OK 73102

*Three Hundred Ninety Nine Dollars And 40/100*

[signature]

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003013⑈ ⑆111000012⑆ 4429731817⑈

---

| Date: 02/26/10 | Check Number:  3013 | Amount:  399.40 |
|---|---|---|
| | Case Number:  07-11382   NLJ | |
| | Debtor Name:  MORROW, KERI LEANN | |
| | SSN:  ■■■-4269 | |
| Paid To:  U S BANKRUPTCY COURT CLERK<br>215 DEAN A MCGEE AVENUE<br>OKLAHOMA CITY OK 73102 | Trustee:  ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | |
| Description:  Unclaimed Funds   Court Claim No. 4 CACH | | |
| Bank Account Number:  4429731817 | | |